IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRANDON NICHOLAS GRAY, | ) | No. C 11-02383 EJD (PR) |
| Plaintiff, | ) | |
| vs. | ) | JUDGMENT |
| THOMAS S. WORTHINGTON, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant civil rights action without prejudice for failure to state a cognizable claim for which relief may be granted. 28 U.S.C. § 1915A(b)(1),(2). A judgment of dismissal without prejudice is entered.

The Clerk shall close the file.

DATED: July 6, 2011

EDWARD J. DAVILA
United States District Judge

Judgment
P:\PRO-SE\SJ.EJD\CR.11\02383Gray_judgment.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

BRANDON NICHOLAS GRAY,

        Plaintiff,

  v.

THOMAS S WORTHINGTON, et al.,

        Defendants.

Case Number: CV11-02383 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 7/6/2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Brandon Nicholas Gray T-73201
CTF
P. O. Box 0705
Soledad, CA 93960-0705

Dated: 7/6/2011

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk